UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK L. RICHARDSON,<br><br>      Plaintiff,<br><br>      v.<br><br>H L BRYANT, et al.,<br><br>      Defendants. | 1:99-CV-6575 OWW NEW (DLB) (PC)<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE AMENDED COMPLAINT<br><br>(DOCUMENT #83) |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On May 3, 2007, plaintiff filed a motion for an extension of time to file an amended complaint. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty days from the date of service of this order in which to file his amended complaint.

IT IS SO ORDERED.

Dated:   **June 7, 2007**            /s/ **Dennis L. Beck**
                                         UNITED STATES MAGISTRATE JUDGE