# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK L. RICHARDSON,<br><br>    Plaintiff,<br><br>  v.<br><br>H. BRYANT, et. al.,<br><br>    Defendants.<br>_____/ | 1:99-cv-06575-OWW-LJO-P<br><br>ORDER GRANTING DEFENDANTS'<br>MOTION FOR COURT TO SCREEN<br>SECOND AMENDED COMPLAINT<br>(Doc. 86) |

Patrick Richardson ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff commenced this action on November 1, 1999. On January 13, 2000, the court dismissed the complaint with leave to amend. On February 11, 2000, plaintiff filed an amended complaint. The court screened the amended complaint and issued an order on March 17, 2000, finding the amended complaint stated cognizable claims against defendants Bryant, Cooke, Walker, Garcia, Fujioka and Luna. On April 21, 2000, the court ordered the United States Marshal to serve process on defendants.

On July 28, 2000, defendants Bryant, Cooke, Garcia, Walker and Fujioka filed a motion to dismiss the case. On July 11, 2001, defendant Luna filed a motion for a more definite statement. On January 11, 2002, the court dismissed the amended complaint with leave to file a second amended complaint. On December 13, 2004, plaintiff filed a second amended complaint.

1  On March 28, 2007, due to inadvertent loss of the second amended complaint by the
2  court, the court ordered plaintiff to submit a copy of the second amended complaint, or in the
3  alternative, to file a third amended complaint.  On July 3, 2007, plaintiff submitted a copy of the
4  second amended complaint (Court Doc. 85), upon which this case now proceeds.

5  On July 17, 2007, defendants filed a motion for the court to screen plaintiff's second
6  amended complaint, pursuant to 28 U.S.C. § 1915A.  Further, defendants waived their right to
7  respond to the second amended complaint under 42 U.S.C. § 1997(e)(g), until after the court has
8  completed the screening.

9  Good cause having been presented to the court, and GOOD CAUSE APPEARING
10 THEREFOR, defendants' motion shall be granted, and the court will proceed to screen the
11 second amended complaint.  Defendants are excused from responding to the second amended
12 complaint until after the court has completed the screening.

14  IT IS SO ORDERED.
15  Dated:   **December 7, 2007**              /s/ **Gary S. Austin**
                                          UNITED STATES MAGISTRATE JUDGE