IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK L. RICHARDSON, | 1:99-cv-06575-OWW-GSA- (PC) |
| Plaintiff, | ORDER GRANTING MOTION TO EXTEND TIME TO FILE THIRD AMENDED COMPLAINT |
| vs. | |
| H L BRYANT, et al., | (DOCUMENT # 91) |
| Defendants. | THIRTY DAY DEADLINE |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On January 22, 2008, plaintiff filed a motion to extend time to file a third amended complaint. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty (30) days from the date of service of this order in which to file a third amended complaint, pursuant to the court's order of December 19, 2007.

IT IS SO ORDERED.

**Dated:  February 7, 2008**          /s/ **Gary S. Austin**
                                      UNITED STATES MAGISTRATE JUDGE