# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK L. RICHARDSON, | 1:99-cv-06575-OWW-GSA-PC |
| Plaintiff, | ORDER DISREGARDING MOTION AS UNNECESSARY<br>(Doc. 94.) |
| v. | |
| H. BRYANT, et. al., | ORDER FOR PLAINTIFF TO COMPLY WITH ORDER OF DECEMBER 19, 2007 WITHIN THIRTY DAYS |
| Defendants. | (Doc. 90.) |
| | ORDER FOR CLERK TO SEND PLAINTIFF A CIVIL RIGHTS COMPLAINT FORM |
| | THIRTY DAY DEADLINE TO EITHER FILE THIRD AMENDED COMPLAINT OR NOTIFY COURT OF WILLINGNESS TO PROCEED ONLY AGAINST DEFENDANT ORTIZ FOR DENIAL OF ACCESS TO THE COURTS |

Patrick L. Richardson ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff commenced this action on November 1, 1999. The case now proceeds on the Second Amended Complaint ("SAC") which was originally filed on December 13, 2004, and re-filed on July 3, 2007. (Court Doc. 85.)

On December 19, 2007, the court screened the SAC and issued an order for plaintiff to either file a third amended complaint or notify the court in writing of his willingness to proceed only against defendant Ortiz for denial of access to the courts. (Doc. 90.) On February 11, 2008, plaintiff filed a response to the court's order, notifying the court of his willingness to proceed

1  against defendant Ortiz for denial of access to the courts. (Doc. 94.) However, together with his
2  response, plaintiff also brought a "motion to include Defendant Fujoika." Id.

3      In his motion, plaintiff requests leave of court to proceed against defendant Fujoika
4  ("Fujoika"), as well as defendant Ortiz, with his claim for denial of access to the courts.
5  Plaintiff's motion is unnecessary in light of the fact that he has been given leave to file a third
6  amended complaint. Should plaintiff wish to proceed only against defendants Ortiz and Fujoika
7  for denial of access to the courts, he may file a third amended complaint bringing appropriate
8  allegations against only Ortiz and Fujoika.

9      Plaintiff shall be given another opportunity to comply with the court's order of December
10 19, 2007. Should plaintiff decide to file a third amended complaint, he is reminded to include
11 only those claims that have been exhausted prior to the initiation of this suit.

12     Based on the foregoing, IT IS HEREBY ORDERED THAT:

13     1.    Plaintiff's motion to include defendant Fujoika is DENIED as unnecessary;

14     2.    The Clerk's Office shall send plaintiff a civil rights complaint form;

15     3.    Within **thirty (30) days** from the date of service of this order, in compliance with
16     the court's order of December 19, 2007, plaintiff must either:

17     a.    File a Third Amended Complaint, or

18     b.    Notify the court in writing that he does not wish to file a Third Amended
19     Complaint and wishes to proceed only against defendant Ortiz for denial
20     of access to the courts; and

21     4.    If plaintiff fails to comply with this order, this action will be dismissed for failure
22     to obey a court order.

24 IT IS SO ORDERED.

25 Dated:   **June 16, 2008**          /s/ **Gary S. Austin**
                                                   UNITED STATES MAGISTRATE JUDGE