# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK L. RICHARDSON,<br><br>    Plaintiff,<br><br>vs.<br><br>H. BRYANT, et al.,<br><br>    Defendants.<br>_____/ | 1:99-cv-06575-OWW-GSA-PC<br><br>FINDINGS AND RECOMMENDATIONS RECOMMENDING THAT THIS ACTION PROCEED ONLY AGAINST DEFENDANT ORTIZ, AND ALL REMAINING CLAIMS AND DEFENDANTS BE DISMISSED<br><br>OBJECTIONS, IF ANY, DUE IN 30 DAYS |

Plaintiff Patrick L. Richardson ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on November 1, 1999. (Doc. 1.)  The case now proceeds on the second amended complaint which was originally filed on December 13, 2004, and re-filed on July 3, 2007.  (Doc. 85.)  The second amended complaint names Correctional Officer ("C/O") H. Bryant, Sergeant B. Cooke, Lieutenant A. Walker, Captain D. Ortiz, Counselor Joe Garcia, C/O A. Fujioka, C/O Luna, John Doe #1 (Chief Deputy Warden), John Doe #2 (staff member), Jane Doe #1 (Captain), and Jane Doe #2 as defendants, and alleges claims for conspiracy, violation of Due Process and Equal Protection rights, violation of First Amendment rights, violations of the prison appeals process, denial of access to the courts, violation of Eighth Amendment conditions of confinement rights, violation of Fifth Amendment rights, and mental and emotional distress.

On December 19, 2007, the court screened plaintiff's second amended complaint pursuant to 28 U.S.C. § 1915A and found that it stated a cognizable claim for relief under section 1983 against defendant Ortiz only, for denial of access to the courts. (Doc. 90.)   Plaintiff was given leave to either file a third amended complaint, or in the alternative, to notify the court that he does not wish to file a

1

third amended complaint and instead wishes to proceed only against defendant Ortiz for denial of access to the courts, within thirty days. Id. On June 26, 2008, plaintiff filed written notice to the court that he wishes to proceed only against defendant Ortiz. (Doc. 96.)

Based on the foregoing, it is HEREBY RECOMMENDED that:

1. This action proceed only against defendant Captain D. Ortiz for denial of access to the courts;

2. All remaining claims and defendants be dismissed from this action;

3. Plaintiff's claims against defendants Correctional Officer ("C/O") H. Bryant, Sergeant B. Cooke, Lieutenant A. Walker, Counselor Joe Garcia, C/O A. Fujioka, C/O Luna, John Doe #1 (Chief Deputy Warden), John Doe #2 (staff member), Jane Doe #1 (Captain), and Jane Doe #2 be dismissed from this action based on plaintiff's failure to state any claims upon which relief may be granted against them; and

4. Plaintiff's claims for conspiracy, violation of Due Process and Equal Protection rights, violation of First Amendment rights, violations of the prison appeals process, violation of Eighth Amendment conditions of confinement rights, violation of Fifth Amendment rights, and claims for mental and emotional distress be dismissed for failure to state a claim upon which relief may be granted under section 1983.

These Findings and Recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l). Within thirty (30) days after being served with these Findings and Recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

Dated:   **August 3, 2008**            **/s/ Gary S. Austin**
                                                              UNITED STATES MAGISTRATE JUDGE