# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK L. RICHARDSON,<br><br>          Plaintiff,<br><br>  v.<br><br>H. BRYANT, et al.,<br><br>          Defendants.<br>_____/ | 1:99-cv-06575-OWW-GSA-PC<br><br>ORDER FINDING SERVICE OF SECOND AMENDED COMPLAINT APPROPRIATE AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN<br>(Doc. 85.)<br><br>THIRTY DAY DEADLINE TO RETURN SERVICE DOCUMENTS TO COURT |

Plaintiff Patrick L. Richardson ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on November 1, 1999. (Doc. 1.) The case now proceeds on the second amended complaint which was originally filed on December 13, 2004, and re-filed on July 3, 2007. (Court Doc. 85.) The court screened plaintiff's second amended complaint pursuant to 28 U.S.C. § 1915A and finds that it states a cognizable claim for relief under section 1983 against defendant Captain D. Ortiz for denial of access to the courts.[1] Lewis v. Casey, 518 U.S. 343 (1996); Christopher v. Harbury, 536 U.S. 403 (2002); Cornett v. Donovan, 51 F.3d 894 (9th Cir. 1995).

---

[1] Due to plaintiff's notice to the court on June 26, 2008, Doc. 96, that he wishes to proceed only against defendant Ortiz in this action, the Magistrate issued Findings and Recommendations concurrently with this order, recommending that plaintiff's claims against defendants Correctional Officer ("C/O") H. Bryant, Sergeant B. Cooke, Lieutenant A. Walker, Counselor Joe Garcia, C/O A. Fujioka, C/O Luna, John Doe #1 (Chief Deputy Warden), John Doe #2 (staff member), Jane Doe #1 (Captain), and Jane Doe #2 be dismissed from this action based on plaintiff's failure to state any claims upon which relief may be granted against them. The Magistrate also recommended that plaintiff's claims for conspiracy, violation of Due Process and Equal Protection rights, violation of First Amendment rights, violations of the prison appeals process, violation of Eighth Amendment conditions of confinement rights, violation of Fifth Amendment rights, and claims for mental and emotional distress be dismissed for failure to state a claim upon which relief may be granted under section 1983.

Accordingly, it is HEREBY ORDERED that:

1. Service is appropriate for defendant **CAPTAIN D. ORTIZ** only;

2. The Clerk of the Court shall send plaintiff one (1) USM-285 form, one (1) summons, a Notice of Submission of Documents form, an instruction sheet and a copy of the second amended complaint originally filed on December 13, 2004 and re-filed on July 3, 2007 (Doc, 85.);

3. Within **thirty (30) days** from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the court with the following documents:

    a. Completed summons;

    b. One completed USM-285 form for defendant **CAPTAIN D. ORTIZ**; and

    c. Two (2) copies of the endorsed second amended complaint originally filed on December 13, 2004 and re-filed on July 3, 2007;

4. Plaintiff need not attempt service on defendant and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendant pursuant to Federal Rule of Civil Procedure 4 without payment of costs; and

5. <u>The failure to comply with this order will result in a recommendation that this action be dismissed</u>.

IT IS SO ORDERED.

Dated:   **August 3, 2008**            /s/ **Gary S. Austin**
                                      UNITED STATES MAGISTRATE JUDGE