IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK L. RICHARDSON, | 1:99-cv-06575-OWW-GSA-PC |
| Plaintiff, | ORDER ADOPTING FINDINGS & RECOMMENDATIONS |
| vs. | (Doc. 97.) |
| H. BRYANT, et al., | ORDER FOR CASE TO PROCEED ONLY AGAINST DEFENDANT ORTIZ FOR DENIAL OF ACCESS TO COURTS |
| Defendants. | |
| | ORDER DISMISSING ALL REMAINING CLAIMS AND DEFENDANTS |
| _____/ | |

Patrick L. Richardson ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On August 4, 2008, findings and recommendations were entered, recommending that this action proceed only against defendant Ortiz and all remaining claims and defendants be dismissed. Plaintiff was provided an opportunity to file objections to the findings and recommendations within thirty days. To date, plaintiff has not filed objections or otherwise responded to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 73-305, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire

1

file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1. The Findings and Recommendations issued by the Magistrate Judge on August 4, 2008, are adopted in full;

2. This action shall proceed only against defendant Ortiz for denial of access to the courts;

3. All remaining claims and defendants are dismissed;

4. Plaintiff's claims against defendants Correctional Officer ("C/O") H. Bryant, Sergeant B. Cooke, Lieutenant A. Walker, Counselor Joe Garcia, C/O A. Fujioka, C/O Luna, John Doe #1 (Chief Deputy Warden), John Doe #2 (staff member), Jane Doe #1 (Captain), and Jane Doe #2 are dismissed from this action based on plaintiff's failure to state any claims upon which relief may be granted against them;

5. Plaintiff's claims for conspiracy, violation of Due Process and Equal Protection rights, violation of First Amendment rights, violations of the prison appeals process, violation of Eighth Amendment conditions of confinement rights, violation of Fifth Amendment rights, and claims for mental and emotional distress are dismissed for failure to state a claim upon which relief may be granted under section 1983; and

6. The Clerk is directed to reflect the dismissal of defendants pursuant to this order on the Court's docket.

IT IS SO ORDERED.

**Dated:   September 30, 2008**           /s/ Oliver W. Wanger
                                         UNITED STATES DISTRICT JUDGE