# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK RICHARDSON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>H. L. BRYANT, et al.,<br><br>　　　　Defendants.<br>_____/ | 1:99-cv-06575-OWW-GSA PC<br><br>ORDER ADDRESSING PLAINTIFF'S MOTION FOR SETTLEMENT<br>(Doc. 113.)<br><br>ORDER REQUIRING PARTIES TO NOTIFY COURT WHETHER A SETTLEMENT CONFERENCE BEFORE UNITED STATES MAGISTRATE JUDGE NANDOR VADAS WOULD BE BENEFICIAL<br><br>THIRTY-DAY DEADLINE |

　　　　Plaintiff Patrick Richardson ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding on Plaintiff's second amended complaint, filed July 3, 2007, against Defendant Captain D. Ortiz for denial of Plaintiff's access to the courts. (Doc. 85.) On May 18, 2009, Plaintiff filed a motion for the Court to schedule a settlement conference for the parties to resolve this action. (Doc. 113.) In the motion, plaintiff expressed his willingness to discuss settlement and his belief that "a settlement hearing can eliminate any further and tedious litigation." (Doc. 13 at 2:2-3.)

　　　　This Court has been provided with the opportunity to refer cases for settlement to the Honorable Nandor Vadas, a United States Magistrate Judge with the Northern District of California. Settlement conferences are held in person at a prison in the Sacramento Division of the Eastern District of California. Plaintiff and Defendant shall notify the Court whether they believe, in good

faith, that settlement in this case is a possibility and whether they are interested in having a settlement conference with Judge Vadas.[1]

The facility at which the settlement conferences are conducted is not a Level IV prison. Therefore, Defendant's counsel shall notify the Court whether there are security concerns that would prohibit scheduling a settlement conference. If Plaintiff is a Level IV inmate and security concerns exist, counsel shall notify the Court whether those concerns can be adequately addressed if Plaintiff is transferred to the prison for settlement only and then returned to a Level IV prison for housing. Counsel shall also notify the Court of any other security concerns.

<u>Accordingly, within **thirty (30) days** from the date of service of this order, Plaintiff and Defendant shall file a written response to this order.</u>[2]


IT IS SO ORDERED.

Dated: __May 20, 2009__            _____/s/ Gary S. Austin_____
                                   UNITED STATES MAGISTRATE JUDGE

---

[1] The parties may wish to discuss the issue by telephone in determining whether they believe settlement is feasible.

[2] The issuance of this order does not guarantee referral to Judge Vadas, but the Court will make every reasonable attempt to secure the referral should both parties desire a settlement conference with Judge Vadas. If the case is referred for settlement, the case will be stayed by order pending completion of the settlement conference.