1
2
3
4
5
6
7
8               **UNITED STATES DISTRICT COURT**
9                   EASTERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| 11   PATRICK RICHARDSON, | 1:99-cv-06575-OWW-GSA-PC |
| 12               Plaintiff, | ORDER IN RESPONSE TO REQUEST FOR CLARIFICATION OF CURRENT PRETRIAL |
| 13      v. | DEADLINES<br>(Doc. 124.) |
| 14 | |
| 15   H. BRYANT, et al., | Unenumerated Rule 12(b) Motion Deadline -    7/27/2009<br>Deadline to Amend Pleadings -    9/28/2009 |
| 16          Defendants. | Discovery Cut-Off Date -    11/30/2009<br>Dispositive Motion Deadline -    01/28/2010 |
| 17                     / | |

18         Plaintiff Patrick Richardson ("Plaintiff") is a state prisoner proceeding pro se and in

19 forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.  The action was filed

20 on November 1, 1999.  This action proceeds on the second amended complaint, filed July 3,

21 2007, against Defendant Captain D. Ortiz ("Defendant") for denial of Plaintiff's access to the

22 courts.  (Doc. 85.)  On July 8, 2009, Defendant filed a request for clarification of the pretrial

23 deadlines currently in effect in this action.

24         Accordingly, the parties are hereby advised that:

25        1.      The current deadline for filing motions to dismiss for failure to exhaust

26                administrative remedies pursuant to the unenumerated portion of Federal Rule of

27                Civil Procedure 12(b) is **July 27, 2009**;

28        2.      The current deadline for amending the pleadings is **September 28, 2009**;

1    3.    The current deadline for the completion of all discovery, including filing motions

2          to compel, is **November 30, 2009**; and

3    4.    The current deadline for filing pre-trial dispositive motions is **January 28, 2010**.

4

5    IT IS SO ORDERED.

6    **Dated:    July 9, 2009**                    /s/ **Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28