# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK RICHARDSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>H. L. BRYANT, et al.,<br><br>　　　　　Defendants.<br>_____/ | 1:99-cv-06575-OWW-GSA PC<br><br>ORDER GRANTING DEFENDANT'S REQUEST FOR EXTENSION OF TIME TO NOTIFY THE COURT RE WHETHER SETTLEMENT CONFERENCE WOULD BE BENEFICIAL (Doc. 117.)<br><br>DEADLINE **JULY 27, 2009** |

　　　　Plaintiff Patrick Richardson ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding on Plaintiff's second amended complaint, filed July 3, 2007, against only Defendant Captain D. Ortiz ("Defendant") for denial of Plaintiff's access to the courts. (Doc. 85.)

　　　　On May 28, 2009, Defendant filed a request for an extension of time to comply with the Court's order of May 20, 2009, which required the parties to notify the Court within thirty days whether a settlement conference before Magistrate Judge Nandor Vadas would be beneficial in this case. (Doc. 117.) Good cause having been presented to the Court, and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

　　　　1.　Defendant's motion for extension of time is GRANTED; and

　　　　2.　Defendant shall notify the Court in writing, **on or before July 27, 2009**, whether a settlement conference before Magistrate Judge Nandor Vadas would be beneficial in this case, pursuant to the Court's order of May 20, 2009.

　　　　IT IS SO ORDERED.

　　　　**Dated:　July 10, 2009**　　　　　　**/s/ Gary S. Austin**

UNITED STATES MAGISTRATE JUDGE