1

2

3

4               UNITED STATES DISTRICT COURT

5               EASTERN DISTRICT OF CALIFORNIA

6

7   PATRICK RICHARDSON,              )        1:99-cv-06575-OWW-GSA-PC
                                     )
8           Plaintiff,               )        ORDER DENYING PLAINTIFF'S
                                     )        MOTIONS TO PROCEED WITH
9       vs.                          )        SETTLEMENT, WITHOUT PREJUDICE
                                     )
10  H. L. BRYANT, et al.,            )
                                     )        (Docs. 116, 122.)
11                                   )
            Defendants.              )
12  _____)

13          Plaintiff, Patrick Richardson ("Plaintiff") is a state prisoner proceeding pro se in this civil rights

14  action pursuant to 42 U.S.C. § 1983.  Plaintiff filed the original complaint on November 1, 1999.

15          On May 18, 2009, Plaintiff filed a motion to initiate settlement negotiations.  (Doc. 113.)  On

16  May 20, 2009, the Court issued an order requiring the parties to notify the Court whether a settlement

17  conference before Magistrate Judge Nandoor Vadas would be beneficial at this time.  (Doc. 114.)  On

18  May 27, 2009 and June 29, 2009, Plaintiff filed motions indicating his willingness to proceed with

19  settlement.  (Docs. 116, 122.)  On July 30, 2009, defendant filed a response, opposing settlement

20  negotiations at this time.  (Doc. 132.)  On August 8, 2009, Plaintiff notified the Court that settlement

21  negotiations between the parties have ceased, and Plaintiff wishes to proceed with the litigation of this

22  action.  (Doc. 134.)

23          In light of the parties' responses indicating unwillingness to discuss settlement at this time, IT

24  IS HEREBY ORDERED that a settlement conference shall not be scheduled, and Plaintiff's motions to

25  proceed with settlement are DENIED without prejudice.

26

27          IT IS SO ORDERED.

28      Dated:    **August 7, 2009**                    **/s/ Gary S. Austin**

UNITED STATES MAGISTRATE JUDGE