1
2
3
4
5
6
7                       IN THE UNITED STATES DISTRICT COURT
8                      FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10  PATRICK RICHARDSON,                    1:99-cv-06575-OWW-GSA-PC
11            Plaintiff,                   ORDER ADOPTING FINDINGS
                                           AND RECOMMENDATIONS
12       vs.                               (Doc. 138.)
13  H. L. BRYANT, et al.,                  ORDER DENYING PLAINTIFF'S
                                           MOTIONS FOR DEFAULT JUDGMENT
14            Defendants.                  (Docs. 112, 115.)
15  _____/

16         Patrick Richardson ("plaintiff") is a state prisoner proceeding pro se in this civil rights

17  action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge

18  pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

19         On September 9, 2009, findings and recommendations were entered, recommending

20  that plaintiff's motions for default judgment be denied.  Plaintiff was provided an opportunity to file

21  objections to the findings and recommendations within thirty days.  More than forty-five days have

22  passed, and plaintiff has not filed objections or otherwise responded to the findings and

23  recommendations.

24         In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 73-

25  305, this court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the entire

26  file, the court finds the findings and recommendations to be supported by the record and proper

27  analysis.

28
                                           1

Accordingly, THE COURT HEREBY ORDERS that:

1. The Findings and Recommendations issued by the Magistrate Judge on September 9, 2009, are ADOPTED in full; and

2. Plaintiff's motions for default judgment, filed on April 14, 2009 and May 26, 2009, are DENIED.

IT IS SO ORDERED.

**Dated:   November 9, 2009**              /s/ Oliver W. Wanger
                                                       UNITED STATES DISTRICT JUDGE

2