# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK RICHARDSON, | 1:99-cv-06575-OWW-GSA-PC |
| Plaintiff, | ORDER DENYING PLAINTIFF'S REQUEST FOR FREE COPIES |
| v. | (Doc. 155.) |
| H. L. BRYANT, et al., | |
| Defendants. | |

Patrick Richardson ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis with this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the original complaint on November 1, 1999. (Doc. 1.) On June 14, 2010, plaintiff filed a request for the court to provide him with free copies of certain documents filed in this action. (Doc. 155.)

Plaintiff requests copies of four documents filed by defendants in support of their motion for summary judgment of January 28, 2010. Plaintiff explains that some of his legal paperwork went missing when he was placed in Ad-Seg and his property was packed up. Plaintiff requests copies of documents so that he can properly respond to defendants' motion for summary judgment.

The court notes that plaintiff already filed an opposition to defendants' motion for summary judgment on May 3, 2010, and the deadline for plaintiff to respond to the motion has expired. (Doc. 152.) Therefore, no further response by plaintiff is necessary at this stage of the proceedings. Plaintiff has not shown good cause for the court to provide free copies of documents to plaintiff, particularly since plaintiff requests more than one hundred pages from the court's record. In forma pauperis status does not include the cost of copies.

Plaintiff is advised that copies up to 20 pages may be made by the Clerk's Office at a charge of $.50 per page. For larger copy orders, contact Attorney's Diversified Service by writing to them at 741 N. Fulton Street, Fresno, CA 93728, by phoning 1-800-842-2695, by faxing a request to 559-486-4119, or by leaving a voice mail at 559-259-8544.

Based on the foregoing, IT IS HEREBY ORDERED that plaintiff's request for free copies is DENIED.

IT IS SO ORDERED.

Dated:   **June 15, 2010**               _____/s/ Gary S. Austin_____
                                                    UNITED STATES MAGISTRATE JUDGE