IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK RICHARDSON, | 1:99-cv-06575-OWW-GSA-PC |
| Plaintiff, | ORDER STRIKING SURREPLY |
| vs. | (Doc. 158.) |
| H. L. BRYANT, et al., | |
| Defendants. | |

Plaintiff, Patrick Richardson ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis with this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the original complaint on November 1, 1999. (Doc. 1.) This action now proceeds on the Second Amended Complaint filed on July 3, 2007, against defendant Captain D. Ortiz ("Defendant") for denial of access to the courts.[1] (Doc. 85.)

On January 28, 2010, Defendant filed a motion for summary judgment. (Docs. 144-150.) Plaintiff filed an opposition on May 3, 2010, and defendant filed a reply on May 13, 2010. (Docs. 152, 153.) On July 1, 2010, plaintiff filed a surreply entitled "Plaintiff's Request for Direct Judgement in the Form of Denial of Defendant's Motion for Summary Judgment." (Doc. 158.)

---

[1] All other claims and defendants have been dismissed from this action.

1

1     The Local Rules provide for a motion, an opposition, and a reply. Neither the Local Rules nor the Federal Rules provide the right to file a surreply, and the court neither requested one nor granted a request on the behalf of Plaintiff to file one. Accordingly, Plaintiff's surreply, filed July 1, 2010, shall be stricken from the record.

    Accordingly, IT IS HEREBY ORDERED that plaintiff's surreply, filed July 1, 2010, is STRICKEN from the court's record.

IT IS SO ORDERED.

Dated: **July 12, 2010**       /s/ **Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE